UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOFER LOPEZ ALONZA (A-Number: 241-668-833),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No.  1:26-cv-3059-DJC-JDP<br><br><br>ORDER |

On May 6, 2026, the court denied petitioner's motion for temporary restraining order and referred the matter to me for further proceedings.  ECF No. 10.  Still pending is respondent's opposition, ECF No. 8.  Therefore, I order petitioner to file a reply addressing respondent's argument that petitioner has not exhausted his administrative remedies because the immigration judge denied him bond.  Petitioner shall also address whether he has appealed the immigration judge's order.

1

Accordingly, it is hereby ORDERED that petitioner shall file a reply, within seven days of service of this order, that addresses respondent's argument that petitioner has failed to exhaust his administrative remedies.  Petitioner shall also address whether he has appealed the immigration judge's order.

IT IS SO ORDERED.


Dated:    May 7, 2026          _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE